UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANET A. HERNANDEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. CV10-3142 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

January 21, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge